UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lindsey Stewart,<br><br>                              Plaintiff,<br><br>v.<br><br>Chick-Fil-A, et al,<br><br>                             Defendants. | Case No.: 19cv1780-CAB-BGS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Doc. No. 2]** |

Plaintiff, a non-prisoner, proceeding *pro se*, has filed a complaint for employment discrimination. [Doc. No. 1.] Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [Doc. No. 2.]

Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay filing fees. Plaintiff has submitted an affidavit that sufficiently shows she lacks the financial resources to pay filing fees. Accordingly, the Court hereby **GRANTS** Plaintiff's motion to proceed *in forma pauperis* and ORDERS as follows:

1. The United States Marshal shall serve a copy of the complaint, summons and order granting leave to proceed *in forma pauperis* upon Defendants as directed by

1

Plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

    2. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendant or Defendant's counsel and the date of service. Any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk or that fails to include a Certificate of Service will be disregarded.

    3. The Clerk of Court shall provide Plaintiff with a U.S. Marshal Form 285.

**IT IS SO ORDERED.**

Dated: September 20, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge